

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

---

NO. 2-09-256-CV

---

RAMON COSTILLA                                                                          APPELLANT

V.

UNIFUND CCR PARTNERS                                                              APPELLEE

----------

FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant filed a timely notice of appeal from the trial court's June 29, 2009 "Judgment." The trial court subsequently granted appellant's motion for new trial on October 8, 2009, while it still had plenary jurisdiction over the case. *See* Tex. R. Civ. P. 329b(e).

---

[1]... *See* Tex. R. App. P. 47.4.

On October 19, 2009, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before October 29, 2009, any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Neither party filed a response.

Accordingly, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: November 25, 2009